Sophia A. Dougherty v. Elbridge G. Duvall and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Champe S. Andrews v. Asa B. Gardiner.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Herrick C. Allen v. General Accident, Fire and Life Assurance Corporation, Ltd.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Samuel E. Bolles v. William Scheer.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

William D. Brown and Others v. Mitchell-Lewis Motor Company and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Boris Koloschik v. Holbrook, Cabot and Rollins Corporation.— Motions denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

George Tauza v. Susquehanna Coal Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Helen B. Lugar v. Catherine Lugar.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Newburger-Morris Company v. James Talcott.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Max Kleinman v. Henry Kupfer & Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Henry D. Greenwald and Others v. Number Five Hundred and One West One Hundred Thirteenth Street Incorporation and Others.— Motion to dismiss appeal denied. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Emily G. K. Baumann, Appellant, v. The Preferred Accident Insurance Company of New York, Respondent.— Judgments and orders affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

Leo Stein and Others, Respondents, v. Fuerst Brothers & Company, Appellant.— Determination affirmed, with costs. No opinion. Present— Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.

William E. Parnall, Appellant, v. George Seeber, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Page, JJ.